UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TERRY WATSON**                                                                                           **PLAINTIFF**

V.                                            No. 4:21-CV-00856-JM

**CLAYTON EDWARDS, Captain**
**White County Jail,** *et al*.                                                                            **DEFENDANTS**

### ORDER

Watson has not complied with the September 27, 2021 Order directing him to pay the $402 filing fee in full or file an application to proceed *in forma pauperis*. *Doc. 2.* The time to do so has expired.

Therefore, this case is dismissed without prejudice due to a lack of prosecution. Fed. R. Civ. P. 41 (b); Local Rule 5.5(c)(2). It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 4th day of November, 2021.

_____
UNITED STATES DISTRICT JUDGE