UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TERRY WATSON**                                                            **PLAINTIFF**

**V.**              **No. 4:21-CV-00856-JM**

**CLAYTON EDWARDS, Captain**
**White County Jail,** *et al***.**                                        **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered separately today, this case is dismissed without prejudice. All relief sought is denied, and the case is closed.

DATED this 4th day of November, 2021.

_____
UNITED STATES DISTRICT JUDGE